**Electronically Filed**
**Intermediate Court of Appeals**
**30067**
**24-NOV-2010**
**01:29 PM**

NO. 30067

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FRED LEE GOLDBLATT, Plaintiff-Appellee,
v.
CAROL JANE HOOD, fka CAROL JANE GOLDBLATT,
Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 08-1-1819)


ORDER
(By: Fujise, Presiding Judge for the court[1])

Upon consideration of the Stipulation for Dismissal of Appeal and Order, filed by Appellant Carol Jane Hood and Appellee Fred Lee Goldblatt, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved.

DATED:  Honolulu, Hawai'i, November 24, 2010.

FOR THE COURT:

Associate Judge

---

[1]  Considered by: Fujise, Presiding Judge, Leonard and Ginoza, JJ.